Patricia McKinstry, Keytesville, pro se.

Shelly A. Kintzel, Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS, Judge and ALOK AHUJA, Judge.

### ORDER

PER CURIAM:

Patricia McKinstry appeals the decision of the Labor and Industrial Relations Commission, which found that McKinstry was discharged for misconduct connected with work and was, therefore, disqualified from receiving unemployment benefits. On appeal, McKinstry claims that her violation of her employer's attendance policy did not constitute misconduct. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The decision of the Commission is affirmed. Rule 84.16(b).

Steven A. Fritz, Sedalia, MO, for appellant.

Jennifer Y. Weller, St. Louis, MO, for respondent.

Before JOSEPH M. ELLIS, P.J., JAMES SMART and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Appellant James Myers appeals a Final Award issued by the Labor and Industrial Relations Commission, which allowed Myers' claim for workers' compensation benefits with respect to injuries he sustained to his elbow, but denied his claim concerning an alleged work-related injury to his groin. We affirm. Because a published opinion would have no precedential value, a memorandum explaining the reasons for our decision has been provided to the parties. Rule 84.16(b).

■

**James MYERS, Appellant,**

v.

**Heilig MEYERS, Respondent.**

**No. WD 69530.**

Missouri Court of Appeals, Western District.

Feb. 3, 2009.

■

**Elizabeth MCCULLOUGH, Appellant,**

v.

**Steven ALBIN, Respondent.**

**No. WD 69381.**

Missouri Court of Appeals, Western District.

Feb. 3, 2009.

Steven A. Fritz, Sedalia, MO, for Appellant.